IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANNY W. HALL                                                                                    PLAINTIFF

vs.                                  Civil No. 2:17-cv-02104

NANCY A. BERRYHILL                                                    DEFENDANT
Acting Commissioner, Social Security Administration

## **J U D G M E N T**

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 6th day of June 2018.**

                                                                       /s/ Barry A. Bryant
                                                                       HON. BARRY A. BRYANT
                                                                       U. S. MAGISTRATE JUDGE